Edwin M. Larkin
Zachary W. Silverman
EDWARDS WILDMAN PALMER LLP
750 Lexington Avenue
New York, NY 10022
(212) 308-4411
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------- X
EXCEL TECHNOLOGY, INC.,

                Plaintiff,

    -against-

EXCEL LASER TECHNOLOGY PRIVATE LIMITED,

                Defendant.
------------------------------------------------- X

Case No. 13-cv-6415

**RULE 7.1**
**DISCLOSURE STATEMENT**

**Plaintiff Demands Trial By Jury**

        Plaintiff Excel Technology, Inc., by and through its attorneys Edwards Wildman Palmer LLP, hereby discloses the following corporate parents, and any publicly held corporation that owns more than 10% or more of its stock:  Excel Technology, Inc. is a wholly owned subsidiary of GSI Group Corporation, which in turn is a wholly owned subsidiary of GSI Group Inc.

Dated: New York, New York
       September 12, 2013

                                                              Edwin M. Larkin
                                                              Zachary W. Silverman
                                                              EDWARDS WILDMAN PALMER LLP
                                                              750 Lexington Avenue
                                                              New York, NY 10022
                                                              (212) 308-4411
                                                              Attorneys for Plaintiff

AM 23904210.1