UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
EXCEL TECH. INC;,                                  :
                                                   :
              Plaintiff,                 :
                                                   :
       - against -                           :
                                                   :
EXCEL LASER TECH. PRIVATE LTD.,    :
                                                   :
              Defendant.                 :
-------------------------------------------------------x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/25/13
```

13 Civ. 6415 (RMB)

**ADMINISTRATIVE ORDER**

The initial conference currently scheduled for November 6, 2013 is hereby adjourned to November 19, 2013 at 9:00 a.m.

Dated: New York, New York
       October 25, 2013

_____
**RICHARD M. BERMAN, U.S.D.J.**