UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1 | 2 | 14

EXCEL TECHNOLOGY, INC.  Plaintiff,

13 ___ Civ. 06415 ___ (RMB )

- against -

EXCEL LASER TECH.
PRIVATE LTD.
                    Defendant.

**CLERK'S CERTIFICATE**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

I, RUBY J. KRAJICK, Clerk of the United States District Court for

the Southern District of New York, do hereby certify that this action commenced on

9/12/13

with the filing of a summons and complaint, a copy of the summons and complaint was served

on defendant by serving   representative of Excel Laser Technology Private Ltd. on 9/24/13

(STATE SPECIFICALLY HOW SERVICE WAS MADE ON DEFENDANT), and proof of

such service thereof was filed on  9/30/13 _____.

I further certify that the docket entries indicate that the defendant has not filed an

answer or otherwise moved with respect to the complaint herein. The default of the defendant is

hereby noted.

Dated: New York, New York

1/2/14

                    **RUBY J. KRAJICK**
                    Clerk of Court

                    By: _____
                        Deputy Clerk