UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
EXCEL TECHNOLOGY, INC., :
: Case No. 13-cv-06415-RMB
                      Plaintiff, :
: **ORDER TO SHOW CAUSE**
      -against- : **FOR DEFAULT JUDGMENT**
:
EXCEL LASER TECHNOLOGY PRIVATE :
LIMITED, :
:
                      Defendant. :
::
------------------------------------- X

      Upon the Complaint and accompanying declaration of Zachary W. Silverman, dated January 29, 2014; and declaration of Robert Buckley, dated January 29, 2014, it is

      ORDERED that defendant Excel Laser Technology Private Limited ("ELT"), show cause before a motion term of this Court, at Room 12D, United States Courthouse, 500 Pearl Street, County and State of New York, on Feb 13, 2014 at 10:30 AM, or as soon thereafter as counsel may be heard, why an Order should not be issued pursuant to Rule 55(b) of the Federal Rules of Civil Procedure entering default judgment in favor of plaintiff Excel Technology, Inc. ("Excel") and against ELT; and it is further

      ORDERED that service of a copy of this Order, together with the papers upon which it was entered, upon ELT in the same manner as Excel effected service of the Complaint, no later than fifteen business days after the date of this Order, shall be considered good and sufficient service thereof; and it is further

      ORDERED that answering papers, if any, shall be served by email upon Edwards Wildman Palmer LLP, 750 Lexington Avenue, New York, New York 10022 (Attn: Zachary W.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/3/14

Silverman - zsilverman@edwardswildman.com), attorneys for Excel, so as to be received at its offices no later than **3**:00 p.m. on **2/10**, 2014.

Dated: ~~January~~ **Feb 3**, 2014

_____
RMB
United States District Judge

AM 24986992.2