Edwin M. Larkin
Zachary W. Silverman
EDWARDS WILDMAN PALMER LLP
750 Lexington Avenue
New York, NY 10022
(212) 308-4411
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------- X
EXCEL TECHNOLOGY, INC.,                          :
                                                 :   Case No. 13-cv-06415-RMB
                       Plaintiff,                :
                                                 :   **AFFIDAVIT OF SERVICE**
       -against-                                 :
                                                 :
EXCEL LASER TECHNOLOGY PRIVATE                   :
LIMITED,                                         :
                                                 :
                       Defendant.                :
                                                 ::
------------------------------------------------- X

STATE OF NEW YORK        )
                         ss.:
COUNTY OF NEW YORK       )

      ZACHARY W. SILVERMAN, being duly sworn, deposes and says:

      1.    I am a member of the bar of this Court, and I am associated with the firm Edwards Wildman Palmer LLP, attorneys for plaintiff Excel Technology, Inc. ("Excel"). I am familiar with all of the facts and circumstances in this action and I make this affidavit in order to confirm proper service of the Order to Show Cause for Default Judgment (Docket No. 9) on defendant Excel Laser Technology Private Limited ("ELT").

      2.    The Order to Show Cause directed Excel to make service on ELT in the same manner as it effected service of the complaint. (Docket No. 9.)

3. Excel effected service of the complaint by (i) mailing it by Federal Express International Priority Mail, via Mercury Business Services to Plot No. D-6, Street No. 20, Marol MIDC, Andheri (East), Mumbai 400 093 and (ii) causing co-counsel in India to personally serve ELT at that address, pursuant to Indian law. (See Docket No. 4.)

4. On or about February 4, 2014, my law clerk, John Francavillo, mailed the Order to Show Cause and supporting documents to ELT, at the Mumbai address, by International Federal Express, via Mercury Business services. A true and correct copy of Mr. Francavillo's affidavit of service memorializing this mailing is annexed hereto as **Exhibit A**.

5. Mercury's tracking services indicate that the mailing was delivered to, and received by, ELT on or about February 7, 2014 at 10:04 a.m. A true and correct copy of the delivery confirmation is annexed hereto as **Exhibit B**.

6. On or about February 5, 2015, co-counsel in India personally served ELT with the Order to Show Cause and supporting documents, at the Mumbai address, in accordance with Indian law. Annexed hereto as **Exhibit C** is a true and correct copy of a letter from Indian co-counsel to ELT, along with the Order to Show Cause, both bearing an ELT stamp indicating receipt on February 5, 2014 at 5:00 p.m.

ZACHARY W. SILVERMAN

Sworn to before me this
~~day of September, 2013~~
7th day of February 2014

Notary Public

JOHN FRANCAVILLO
Notary Public, State of New York
No. 24-4838118
Qualified in Kings County
Certificate Filed in Kings County
Commission Expires Oct. 31, 20__

AM 28257821.1

2

# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
EXCEL TECHNOLOGY, INC.,

                Plaintiff,

-against-

EXCEL LASER TECHNOLOGY PRIVATE
LIMITED,

                Defendant.
---------------------------------------- X

Case No. 13-cv-06415-RMB

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK  :
                           .ss:
COUNTY OF NEW YORK  :

JOHN FRANCAVILLO, being duly sworn deposes and says:

I am not a party to this action. I am over the age of 18 years and employed by Edwards Wildman Palmer LLP.

On February 4, 2014 I served the Order To Show Cause, dated February 3, 2014, with accompanying papers upon:

Excel Laser Technology Private Limited
Plot No. D-6, Street No. 20
Marol MIDC, Andheri (East)
Mimbai 400 093
India

by mailing true copies via International Federal Express, Tracking No. 55555140204102958.

                                                              JOHN FRANCAVILLO

Sworn to before me this
4th day of February 2014

Notary Public

JEAN W. McLOUGHLIN
Notary Public, State of New York
No. 01MC6184463
Qualified in Queens County
Commission Expires April 7, 2016

# EXHIBIT B

fedex.com | Ship | Track | Manage | Learn | Office/Print Services

# Your package has been delivered

Tracking # 595462728494

Ship (P/U) date:
Tuesday, 2/4/14

**TODD SCOTT**
MERCURY BUSINESS SERVICES
NEW YORK, NY 10018
US


Delivered

Delivery date:
Friday, 2/7/14 10:04 AM

**EXCEL LASER TECHNOLOGY PRIVATE LTD**
PLOT NO. D-6, STREET NO.20
MAROL MIDC, ANDHERI (EAST)
MUMBAI, 400093
IN

## Shipment Facts

Our records indicate that the following package has been delivered.

| | |
|---|---|
| **Tracking number:** | 595462728494 |
| **Status:** | Delivered: 02/07/2014 10:04 AM Signed for By: D.DINESH BOHRA |
| **Department number:** | INTL |
| **Invoice number:** | JOHN FRANCAVILLO |
| **Purchase order number:** | 55555140204102958 |
| **Reference:** | 55555 \ 29575.0003.11430 |
| **Signed for by:** | D.DINESH BOHRA |
| **Delivery location:** | MUMBAI, |
| **Delivered to:** | Mailroom |
| **Service type:** | FedEx International Priority |
| **Packaging type:** | FedEx Pak |
| **Number of pieces:** | 1 |
| **Weight:** | 0.90 lb. |
| **Special handling/Services:** | Deliver Weekday |

✉ Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 1:09 AM CST on 02/07/2014.

To learn more about FedEx Express, please go to fedex.com.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above, or go to fedex.com.

This tracking update has been sent to you by FedEx at your request. FedEx does not validate the authenticity of the requestor and does not validate, guarantee or warrant the authenticity of the request, the requestor's message, or the accuracy of this tracking update. For tracking results and terms of use, go to fedex.com.

Thank you for your business.

**IMPORTANT!**
FedEx resumes standard daily operations in the Midwest and Northeast. Learn More

**FedEx**

**595462728494**

| | | |
|---|---|---|
| Ship (P/U) date: **Tues 2/04/2014 8:19 pm** NEW YORK, NY US | **Delivered** Signed for by: D.DINESH BOHRA | Actual delivery: **Fri 2/07/2014 10:04 am** MUMBAI IN |

## Travel History

| Date/Time | Activity | Location |
|---|---|---|
| **2/07/2014 - Friday** | | |
| 10:04 am | Delivered | MUMBAI IN |
| 9:02 am | On FedEx vehicle for delivery | MUMBAI IN |
| 8:51 am | At local FedEx facility | MUMBAI IN |
| 5:51 am | In transit | MUMBAI IN |
| 4:51 am | In transit | MUMBAI IN |
| 3:03 am | In transit | MUMBAI IN |
| 2:28 am | In transit | MUMBAI IN |
| **2/06/2014 - Thursday** | | |
| 8:39 pm | In transit | NEW DELHI IN |
| 7:07 pm | In transit | NEW DELHI IN |
| 6:05 pm | International shipment release - Import | NEW DELHI IN |
| 5:40 pm | In transit / Package available for clearance | NEW DELHI IN |
| 4:39 pm | At destination sort facility | NEW DELHI IN |
| 4:25 am | Departed FedEx location | ROISSY CHARLES DE GAULLE CEDEX FR |
| 3:20 am | In transit | ROISSY CHARLES DE GAULLE CEDEX FR |
| **2/05/2014 - Wednesday** | | |
| 9:34 pm | Departed FedEx location | ROISSY CHARLES DE GAULLE CEDEX FR |
| 7:33 pm | In transit | ROISSY CHARLES DE GAULLE CEDEX FR |
| 6:54 pm | Arrived at FedEx location | ROISSY CHARLES DE GAULLE CEDEX FR |
| 5:38 am | In transit | MEMPHIS, TN |
| 5:36 am | In transit | MEMPHIS, TN |
| 4:20 am | Departed FedEx location | MEMPHIS, TN |
| 2:09 am | In transit | MEMPHIS, TN |
| 1:04 am | Arrived at FedEx location | MEMPHIS, TN |
| **2/04/2014 - Tuesday** | | |
| 11:22 pm | Departed FedEx location | NEWARK, NJ |
| 7:45 pm | Shipment information sent to FedEx | |
| 8:19 pm | Picked up | NEW YORK, NY |

Local Scan Time

## Shipment Facts

| | | | |
|---|---|---|---|
| Tracking number | 595462728494 | Service | FedEx International Priority |
| Weight | 0.9 lbs | Delivered To | Mailroom |
| Total pieces | 1 | Total shipment weight | 0.9 lbs / 0.4 kgs |
| Purchase order number | 55555140204102958 | Invoice number | JOHN FRANCAVILLO |
| Department number | INTL | Shipper reference | 55555 \ 29575.0003.11430 |
| Packaging | FedEx Pak | Special handling section | Deliver Weekday |

# EXHIBIT C

## amarchand mangaldas

Ref:921                                                                                                   February 5, 2014

To,
Excel Laser Technology Pvt. Ltd.
Plot No.6, Street No.20,
Marol, MIDC,
Andheri (E),
Mumbai – 400 093.

Kind Attn. Mr. Joel Cardoso

Dear Sir,

Re: United States District Court
Southern District of New York
Case No.13-cv-06415-RMB
Excel Technology, Inc.   ... Plaintiff
Against
Excel Laser Technology Pvt. Ltd.  ... Defendant

---

We are concerned for our client, Excel Technology Inc., the Plaintiff abovenamed.

Please find enclosed herewith a copy of the Order to show cause for default judgment dated February 3, 3014 passed by the Hon'ble United States District Judge in the matter, along with the supporting documents thereto, as and by way of service upon you.

Yours Faithfully,
**Amarchand & Mangaldas & Suresh A. Shroff & Co.**

Shaheen Parikh
Partner

Encl : A/a

amarchand & mangaldas & suresh a. shroff & co.  5/02/2014
5 P M

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------- X
EXCEL TECHNOLOGY, INC.,

                Plaintiff,

      -against-

EXCEL LASER TECHNOLOGY PRIVATE
LIMITED,

                Defendant.
------------------------------------------- X

Case No. 13-cv-06415-RMB

**ORDER TO SHOW CAUSE
FOR DEFAULT JUDGMENT**

Upon the Complaint and accompanying declaration of Zachary W. Silverman, dated January 29, 2014; and declaration of Robert Buckley, dated January 29, 2014, it is

ORDERED that defendant Excel Laser Technology Private Limited ("ELT"), show cause before a motion term of this Court, at Room **120**, United States Courthouse, 500 Pearl Street, County and State of New York, on **Feb 13**, 2014 at **10:30 AM**, or as soon thereafter as counsel may be heard, why an Order should not be issued pursuant to Rule 55(b) of the Federal Rules of Civil Procedure entering default judgment in favor of plaintiff Excel Technology, Inc. ("Excel") and against ELT; and it is further

ORDERED that service of a copy of this Order, together with the papers upon which it was entered, upon ELT in the same manner as Excel effected service of the Complaint, no later than fifteen business days after the date of this Order, shall be considered good and sufficient service thereof; and it is further

ORDERED that answering papers, if any, shall be served by email upon Edwards Wildman Palmer LLP, 750 Lexington Avenue, New York, New York 10022 (Attn: Zachary W.



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/3/14

