UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
EXCEL TECHNOLOGY, INC.,

                Plaintiff,

-against-

EXCEL LASER TECHNOLOGY PRIVATE LIMITED,

                Defendant.
------------------------------------------------------------X

13 Civ. 6415 (RMB) (MHD)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/20/14

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

___ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Specific Non-Dispositive Motion/Dispute:*
_____
_____
_____

___ If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:
_____

___ Settlement*

_X_ Inquest After Default/Damages Hearing

___ Consent under 28 U.S.C. § 636(c) for all purposes (including trial)

___ Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)
Purpose: _____

___ Habeas Corpus

___ Social Security

___ Dispositive Motion (i.e., motion requiring a Report and Recommendation)
Particular Motion: _____

All Such Motions: _____

---

\* Do not check if already referred for general pretrial.

**SO ORDERED.**

Dated: New York, New York
       February 20, 2014

_____
RICHARD M. BERMAN, U.S.D.J.