```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
EXCEL TECHNOLOGY, INC.,              :

            Plaintiff,               :      ORDER

      -against-                      :      13 Cv. 6415 (RMB) (MHD)

EXCEL LASER TECHNOLOGY PRIVATE LTD,  :

            Defendant.               :
------------------------------------x
```

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:

It is hereby **ORDERED** that a pre-inquest conference has been scheduled in the above-captioned action for **TUESDAY, APRIL 1, 2014 at 10:00 A.M.**, at which time you are directed to appear in **Courtroom 17D**, 500 Pearl Street, New York, New York 10007-1312. Any requests for adjournment of this scheduled conference must be in writing, with copies to all other parties, and must be preceded by reasonable efforts by the requesting party to obtain the consent of those parties.

Dated: New York, New York
       February 27, 2014

                                    SO ORDERED.

                                    _____
                                    MICHAEL H. DOLINGER
                                    **UNITED STATES MAGISTRATE JUDGE**

Copies of the foregoing Order have been sent today to:

Edwin M. Larkin, Esq.
Zachary W. Silverman, Esq.
EDWARDS WILDMAN PALMER LLP
750 Lexington Avenue
New York, NY 10022
Fax: 866-227-5761
      866-955-9379

Excel Laser Technology Private Ltd.
D-6
2nd Floor ATV House D-8
Dhanraj Mill Compound
Mumbai, MH
India 400093

Excel Laser Technology Private Ltd.
A1-424, Shah & Nahar Industrial Estate
Lower Parel, Dhanraj Mill Compound
Mumbai
India 400 013

Excel Laser Technology Private Ltd.
Plot No. D-6, Street No. 20
Marol MIDC, Andheri (East)
Mumbai,
India 400 093