```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
EXCEL TECHNOLOGY, INC.,              :

             Plaintiff,              :      ORDER

      -against-                      :      13 Cv. 6415 (RMB) (MHD)

EXCEL LASER TECHNOLOGY PRIVATE LTD,  :

             Defendant.              :
------------------------------------x
```

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:

It is hereby **ORDERED** that the February 3, 2014 Order to Show Cause and February 18, 2014 declaration of Zachary W. Silverman, Esq. previously submitted in this action are deemed to constitute plaintiff's initial inquest submissions. It is further ordered that defendant's opposition to the inquest, if any, is due April 22, 2014. Plaintiff's reply, if any, is to be filed one week after the filing of defendant's opposition.

Dated: New York, New York
       April 1, 2014

SO ORDERED.

_____
MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE

Copies of the foregoing Order have been sent today to:

Edwin M. Larkin, Esq.
Zachary W. Silverman, Esq.
EDWARDS WILDMAN PALMER LLP
750 Lexington Avenue
New York, NY 10022
Fax: 866-227-5761
      866-955-9379

Excel Laser Technology Private Ltd.
D-6
2nd Floor ATV House D-8
Dhanraj Mill Compound
Mumbai, MH
India 400093

Excel Laser Technology Private Ltd.
A1-424, Shah & Nahar Industrial Estate
Lower Parel, Dhanraj Mill Compound
Mumbai
India 400 013

Excel Laser Technology Private Ltd.
Plot No. D-6, Street No. 20
Marol MIDC, Andheri (East)
Mumbai,
India 400 093